**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1649

DALE EDWIN SANDERS,

            Plaintiff - Appellee,

      v.

STEPHEN R. FARINA,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:14-cv-01214-TSE-IDD)

Submitted:  October 13, 2016        Decided:  October 17, 2016

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen R. Farina, Appellant Pro Se.  John Joseph O'Donnell, Jr., Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen R. Farina appeals from the district court's orders awarding costs and attorney fees to Dale Sanders pursuant to 28 U.S.C. § 1447(c) (2012), based on Farina's second improper removal of a lawsuit from state court to district court, and denying Farina's motions for reconsideration and for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanders v. Farina, No. 1:14-cv-01214-TSE-IDD (E.D. Va. Apr. 21, 2016 & filed May 20, 2016; entered May 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2